IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW4:94CV007 |
| | ) | (Financial Litigation Unit) |
| JANET L. COX, | ) | |
| aka/ JANET ORION, | ) | |
|     Defendant(s), | ) | |
| and | ) | |
| | ) | |
| PAYPAL, | ) | |
|     Garnishee. | ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against the defendant, Janet L. Cox, is DISMISSED.

Signed: September 15, 2011

_____
Dennis L. Howell
United States Magistrate Judge